**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(973) 297-4903**

| | |
|---|---|
| CHAMBERS OF<br>MADELINE COX ARLEO<br>UNITED STATES MAGISTRATE JUDGE | UNITED STATES COURT HOUSE<br>NEWARK, NJ 07101-0999 |

LETTER-ORDER
ORIGINAL FILED WITH THE CLERK OF THE COURT

March 17, 2010

Joseph A. Mullaney, III, Esquire
Law Offices of Dimitrios Kolovos, LLC
211 West State St., Suite 204
Media, PA 19063

Andrew Michael Schwartz, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin, PA
1845 Walnut Street
Philadelphia, PA 19103

Re:  Darick Garrison v.s. Midland Funding LLC, et al
Civil Action No. 09-6584   (JBS)

Dear Counsel:

DOUGLAS L. DERRY, ESQUIRE is designated as the mediator in this civil action, which has been referred to mediation pursuant to Local Civil Rule 301.1 of this Court. If you would like further information with regard to the mediation program, please review the Rule and Guidelines which are available on the Court's Web Site www.njd.uscourts.gov .

The mediator will contact you shortly to discuss the mediation process. Within fourteen (14) days from the date of this Letter-Order you should submit to the mediator, on a confidential and ex parte basis, a double-spaced position paper not longer than 10 pages in length. Pleadings and discovery materials should not be submitted to the mediator unless specifically requested.

Please remember that counsel and parties are required to participate in the mediation process in good faith. The Court expects that the responsible attorney will attend each mediation session and that, as requested by the mediator, the party or appropriate party representative will also attend.

**SO ORDERED**

s/ Madeline Cox Arleo
United States Magistrate Judge